UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDWARD V BARRIO, JR, <br><br> Plaintiff, <br><br> vs. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Civil No. 3:20-CV-05848-RAJ <br><br><br> ~~PROPOSED~~ ORDER |

Based on Defendant's Motion, it is hereby ORDERED that the Answer due date shall be amended as follows:

Defendant shall have up to and including November 30, 2020, to file a response to Plaintiff's Complaint, including the certified administrative record. If the certified administrative record becomes available to the Office of the General Counsel before the aforementioned date, the record may be filed earlier, if acceptable to both parties.

If the Commissioner is unable to file the certified administrative record by that

Page 1      ORDER - [3:20-CV-05848-RAJ]

date, the Commissioner shall file another motion for extension every 28 days until the certified administrative record becomes available.

Dated this 30th day of October, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

Page 2 ORDER - [3:20-CV-05848-RAJ]