1

U.S. DISTRICT JUDGE RICHARD A. JONES

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

10 EDWARD V. BARRIO, JR.,                    )
                                            )  CASE NO. 3:20-cv-05848-RAJ
11          Plaintiff,                      )
                                            )  ~~PROPOSED~~ ORDER
12          vs.                             )
                                            )
13 COMMISSIONER OF SOCIAL SECURITY,)
                                            )
14          Defendant                       )
                                            )
15

16

17        This matter comes before the Court on the parties' stipulated motion for attorney's

18 fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412

19        The motion is timely as Plaintiff had a 60-day appeal period, plus the 30-day

20 period in §2412(d)(1)(B), from the entry of final judgment on May 19, 2021 to file a

21 timely EAJA application. *Akopyan v. Barnhart,* 296 F.3d 852 (9th Cir. 2002); *Melkonyan*

22 *v. Sullivan,* 501 U.S. 89, 94-96 (1991); FED. R. App. P. 4(a). Furthermore, upon review

23 of the stipulation and the record, the Court determines that Plaintiff is the prevailing

24 party, the government's position was not substantially justified, and that the itemization

25

~~PROPOSED~~ ORDER FOR EAJA FEES - 1

David Oliver & Associates
2608 South 47th Street, Suite C
Tacoma, WA 98409
(253) 472-4357
david@sslawyer.org

1   of attorney time spent is reasonable. In short, the requirements of § 2412(d)(1)(B) are

2   met.

3        Having thoroughly considered the parties' briefing and the relevant record, the

4   Court hereby GRANTS the motion and awards Plaintiff $5,927.04 in attorney's fees,

5   subject to any offset allowed under the Treasury Offset Program. *See. Astrue v. Ratiff,* 560

6   U.S. 586, 589 – 590 (2010). Payment of EAJA fees shall be made payable to and sent to

7   Plaintiff's attorney: David Oliver at David Oliver & Associates, 2608 South 47th Street,

8   Suite C, Tacoma, WA 98409. Pursuant to *Ratiff,* award shall be payable to Plaintiff

9   attorney, David Oliver at David Oliver & Associates, if and to the extent that the

10  Commissioner confirms that Plaintiff owes no debt to the Government through the Federal

11  Treasury Offset program.

12

13       For the foregoing reasons, Plaintiff's stipulated motion for attorney fees is

14  GRANTED;

15       DATED this the 21st day of September, 2021.

16

17

18  _____

19       The Honorable Richard A. Jones
    United States District Judge

20

21

22

23

24

25

PROPOSED ORDER FOR EAJA FEES - 2

David Oliver & Associates
2608 South 47th Street, Suite C
Tacoma, WA 98409
(253) 472-4357
david@sslawyer.org